# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT TISDALL, | |
| **Plaintiff,** | Case No. 20-cv-00092 |
| v. | |
| C&W FACILITY SERVICES, INC. d/b/a C&W SERVICES, and AMAZON LOGISTICS, INC., d/b/a AMAZON FULFILLMENT SERVICES, INC., | Honorable John J. Tharp, Jr. |
| | Magistrate Judge Sunil R. Harjani |
| **Defendant.** | |

## JOINT STATUS REPORT

In accord with Paragraph 5 of Chief Judge Pallmeyer's Third Amended General Order 20-0012 dated April 24, 2020, Plaintiff Scott Tisdall and Defendants C&W Facility Services Inc. ("C&W Services") and Amazon Logistics, Inc. ("Amazon") (collectively "the Parties"), by and through their attorneys, respectfully submit this Joint Status Report to the Court.

**A. The progress of discovery**

No discovery has yet occurred. In light of the General Orders pertaining to the COVID-19 pandemic, the deadline for Plaintiff and C&W Services to provide initial disclosures required under the Mandatory Initial Discovery Pilot Project is currently June 24, 2020. Per the Court's March 12, 2020 Order, Amazon is not required to issue MIDP disclosures at this time.

B.  **The status of briefing on any unresolved motions**

Two dispositive motions are currently pending. As to Plaintiff's Motion to Dismiss the Counterclaim of C&W Facility Services, Inc., C&W Services' Response is due on June 25, 2020, and Plaintiff's Reply is due on July 9, 2020.

As to Amazon's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Plaintiff's Response is due on June 25, 2020, and Amazon's Reply is due on July 9, 2020.

C.  **Settlement efforts**

The parties have not engaged in settlement discussions.

D.  **Agreed proposed schedule (or alternative proposals) for the next 45 days**

For the next 45 days, the parties propose proceeding with the above-described briefing schedule on dispositive motions and MIDP disclosures.

E.  **Agreed proposed revised discovery and dispositive motion schedule (or alternative proposals) in cases where the current schedule needs revision**

The parties do not propose any revisions to the already-existing schedules.

F.  **Any agreed action that the Court can take without a hearing**

The parties anticipate agreeing to a protective order.

G.  **Whether the parties believe a telephonic hearing with the judge is necessary and time urgent, and, if so, identify the issue that warrants discussion**

The parties do not anticipate the need for any such telephonic hearing at this time.

Dated: May 18, 2020

Respectfully submitted,

| */s Jamie S. Franklin* | */s Jody Wilner Moran* | */s Jenna Kim* |
|---|---|---|
| Jamie S. Franklin | Jody Wilner Moran | Jenna Kim |

Jamie S. Franklin
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Ste. 803
Chicago, IL 60604
ATTORNEY FOR PLAINTIFF

Jody Wilner Moran
Jonathan Booker Cifonelli
JACKSON LEWIS P.C.
150 N. Michigan Ave, Ste. 2500
Chicago, IL 60601
ATTORNEYS FOR
DEFENDANT C&W
FACILITY SERVICES INC.

Michael A. Wilder
Jenna Kim
LITTLER MENDELSON, P.C.
321 North Clark Street,
Ste. 1000
Chicago, IL 60654
ATTORNEYS FOR
DEFENDANT AMAZON
LOGISTICS, INC.

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 18, 2020, she caused a true and correct copy of the foregoing Joint Status Report to be filed and served through the CM-ECF District Court filing system.

/s/ Jody Wilner Moran